UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



WILLIAM O. BREWER,

    Plaintiff,

v.                                        Civil Action No. 3:10cv377 (REP)

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.

## STIPULATION AND ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

COME NOW the Plaintiff, William O. Brewer, and the Defendant, Receivables Performance Management, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and STIPULATE that this matter is DISMISSED WITH PREJUDICE. The parties shall each bear their own fees, costs, and expenses. This matter is ended and the Clerk shall move this case to the ENDED file.

**SO ORDERED:**

                                                  /s/ REP
                                     United States District Judge
                                     Robert E. Payne

Richmond, Virginia
Date: February 10, 2011



**WE ASK FOR THIS:**

_____
John Cole Gayle, Jr.
The Consumer Law Group, P.C.
5905 West Broad Street, Suite 303
Richmond, Virginia 23230
Telephone: (804) 282-7900
Facsimile: (804) 673-0316
jgayle@theconsumerlawgroup.com
*Counsel for Plaintiff*


**AND**


_____
Joan C. McKenna (VSB No. 37812)
Nancy B. Sasser (VSB No. 77283
LeClairRyan, A Professional Corporation
951 E. Byrd Street, 8th Floor
Riverfront Plaza, East Tower
Richmond, Virginia 23219
Telephone: (804) 783-7512
Facsimile: (804) 916-7276
joan.mckenna@leclairryan.com
nancy.sasser@leclairryan.com
*Counsel for Defendant*